[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT 


No. 97-9006

IN RE:

Moorhead Corporation, MLX Corporation & First
Heidie's Inc.

Debtors.


MARIA HILL,

Appellant.

v.

JOHN A. BURDICK, JR.,

Chapter 7 Trustee,
and Friends of Russells Mills, Inc.,

Appellees.


APPEAL FROM THE BANKRUPTCY APPELLATE PANEL

OF THE FIRST CIRCUIT


Before

Torruella, Chief Judge, 
Selya and Stahl, Circuit Judges. 


Maria K. Hill on brief pro se. 
Burdick & DiLeo, P.C. on brief for appellee John A. Burdick, Jr., 
Chapter 7 Trustee.
Robert A. Fasanella, Peter A. Wilson and Fasanella, Johnson & 
Wood, P.C. on brief for appellees, Friends of Russells Mills, Inc. 


FEBRUARY 4, 1998


Per Curiam. We have carefully reviewed the record and 

briefs on appeal and affirm the judgment of the bankruptcy

court. The only issue raised below, thus the only issue

properly before us, is whether the bankruptcy court abused

its discretion in approving the compromise, given appellant's

offer to purchase the state action for a larger gross sum.

In re LaRoche, 969 F.2d 1299, 1305 (1st Cir. 1992). At the 

time the compromise was approved, the record showed that

conveying the cause of action to appellant, rather than

compromising the action, would subject the bankruptcy estate

to risk of indeterminate magnitude. Under the circumstances,

the bankruptcy court did not abuse its discretion in

determining that it would not be in the best interests of the

estate to accept such risk. Jeffrey v. Desmond, 70 F.3d 183, 

185 (1st Cir. 1995); Depoister v. Holloway Foundation, 36 

F.3d 582 (7th Cir. 1994).

Affirmed. Loc. R. 27.1. 

-2-